### DUTCHER v. WANAMAKER.

(Supreme Court, Appellate Division, Second Department. January 10, 1913.)

Appeal from Trial Term, Kings County.

Action by Rachel Dutcher against John Wanamaker. Judgment for plaintiff, and defendant appeals. Reversed, and new trial granted.

Frank V. Johnson, of New York City, for appellant.
Robert H. Roy, of Brooklyn, for respondent.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the authority of Rumetsch v. Wanamaker, 139 N. Y. Supp. 385, and Mack v. Wanamaker, 139 N. Y. Supp. 391, decided herewith.

JENKS, P. J., and BURR, THOMAS, and CARR, JJ., concur. HIRSCHBERG, J., dissents.